# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **GREGORY TURLEY, #N-08083** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **vs.** | )  CIVIL NO. 11-cv-251-MJR |
| | ) |
| **JEFFREY BROSHEARS,** | ) |
| | ) |
| **Defendant.** | ) |

# MEMORANDUM AND ORDER

**REAGAN, District Judge:**

On April 6, 2011, Plaintiff moved this Court for voluntary dismissal of the action pursuant to Rule 41(a)(1)(i) of the FEDERAL RULES OF CIVIL PROCEDURE (Doc. 7). Voluntary withdrawal of his case is Plaintiff's right, and, accordingly, this action is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**

**DATED April 12, 2011.**

      /s/ MICHAEL J. REAGAN
**Michael J. Reagan**
**United States District Judge**